## WILLIAM I. HANCOCK *v.* ELECTRONIC INFORMATION SYSTEMS, INC.
### (14865)

Foti, Heiman and Schaller, Js.

Submitted on briefs March 27—officially released April 30, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* WILFRED L. HART, SR.
### (14901)

Foti, Heiman and Spear, Js.

Argued March 26—officially released April 30, 1996

Per Curiam. The judgment is affirmed.

## MIDCONN BANK *v.* WALTER H. BUTLER ET AL.
### (15088)

Foti, Heiman and Schaller, Js.

Submitted on briefs March 27—officially released April 30, 1996

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

## STATE OF CONNECTICUT *v.* ALEJANDRO ORTIZ
### (13608)

Dupont, C. J., and Hennessy and Stoughton, Js.

Argued April 3—officially released April 30, 1996

Per Curiam. The judgment is affirmed.